UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| EQUITRANS, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-187-ART |
| | ) | |
| V. | ) | |
| | ) | |
| A TRACT OF PROPERTY SITUATED | ) | **ORDER** |
| IN CARTER COUNTY, KENTUCKY, | ) | |
| CORRESPONDING TO PROPERTY | ) | |
| TAX MAP NUMBER 131-39 7.45 ACRES | ) | |
| (PARCEL CV8), et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [R. 289], and there being no objections filed thereto, and the Court being advised,

It is **ORDERED** and **ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge [R. 289] be, and it is, hereby **adopted** as the opinion of the Court.

This 30th day of January, 2008.



**Signed By:**
*Amul R. Thapar* AT
**United States District Judge**